MARGIE R. LARIVIERE (SBN: 172975)
mlariviere@gordonrees.com
TINO X. DO (SBN: 221346)
tdo@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
STANDARD INSURANCE COMPANY


JESSE S. KAPLAN (CSB# 103726)
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
STACY MECKLENBERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY MECKLENBERG, | CASE NO.  2:13-CV-02149-MCE-AC |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE** |
| SHOES FOR CREWS, LLC, LTD; PLAN, STANDARD INSURANCE COMPANY, | |
| Defendants. | Judge:  Hon. Morrison C. England |
| | Complaint filed:  October 17, 2013 |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP(a)(1).

5  Dated: June 27, 2014                    JESSE E. KAPLAN

                                          By:  */s/ Jesse E. Kaplan*
                                               Jesse E. Kaplan
                                               Attorneys for Plaintiff STACY
                                               MECKLENBERG

10 Dated: June 27, 2014                    GORDON & REES LLP

                                          By:  */s/ Margie R. Lariviere*
                                               Margie R. Lariviere
                                               Tino X. Do
                                               Attorneys for Defendant
                                               STANDARD INSURANCE COMPANY

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA  94111

1
STIPULATION TO DISMISS                                   Case No. 2:13-CV-02149-MCE-AC

**ORDER DISMISSING CASE WITH PREJUDICE**

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties stipulation and hereby ORDERS that this action, Case No. 2:13-CV-02149-MCE-AC is dismissed in its entirety as to all defendants, with prejudice, and with reach party to bear its own fees, costs, and expenses in this matter. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

]Dated: July 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT